NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FRANKIE BROWN, JR.,       )
                                 )
        Appellant,     )
                                 )
v.                      )      Case No. 2D19-1145
                                 )
STATE OF FLORIDA,       )
                                 )
        Appellee.      )
_____)

Opinion filed October 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Christopher
C. Nash, Judge.

PER CURIAM.

        Affirmed.

SILBERMAN, MORRIS, and ATKINSON, JJ., Concur.